**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**


**CHRISTINA FREEMAN,**

        **Plaintiff,**


       **vs.**                     **Civil Action 2:14-cv-285**
                                          **Judge Smith**
                                          **Magistrate Judge King**

**TEKCOLLECT, INC.,**

        **Defendant.**


## REPORT AND RECOMMENDATION

Plaintiff was ordered to report on the status of this case by May 2, 2014 in light of defendant's failure to respond to the *Complaint* by April 17, 2014. *Order*, ECF 4. Plaintiff has failed to respond to that order and it appears that plaintiff has abandoned the prosecution of this case.

It is therefore **RECOMMENDED t**hat the action be dismissed, without prejudice, for failure to prosecute.

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections

1

must be filed within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to *de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation.* *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

May 5, 2014                              *s/Norah McCann King*
                                         Norah M$^c$Cann King
                                         United States Magistrate Judge